## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GENE H. SWENSON, | |
| Plaintiff, | |
| v. | No. 03 C 00336 |
| OXFORD BANK & TRUST, | Civil Action |
| Defendant. | |

JUDGE ZAGEL

MAGISTRATE JUDGE MASON

DOCKETED JAN 16 2003

### COMPLAINT

NOW COMES the Plaintiff, Gene H. Swenson, by and through his attorneys, Henry N. Novoselsky and Jack L. Haan of Shaheen, Novoselsky, Staat & Filipowski, P.C., and for his Complaint against the Defendant, Oxford Bank & Trust, states and alleges as follows:

#### Parties

1. Plaintiff, Gene H. Swenson ("Swenson"), is and at all relevant times was a citizen of the State of Michigan.

2. Defendant, Oxford Bank & Trust ("Oxford Bank") is an Illinois chartered bank organized under the laws of the State of Illinois, having its principal place of business at 1100 West Lake Street, Addison, Illinois, and thus is a citizen of the State of Illinois.

#### Jurisdiction and Venue

3. This Court has jurisdiction over this Complaint pursuant to 28 U.S.C. § 1332 because Swenson shares no common citizenship with the Defendant Oxford Bank and because the amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000, specified

in 28 U.S.C. § 1332.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391 (a) because the Defendant Oxford Bank resides in this District, and because a substantial part of the events giving rise to the causes of action alleged below against the Defendant arose in this District.

### Facts

5. In and about June, 1999, Plaintiff Swenson, a retiree, opened an Individual Retirement Account ("IRA") with the Defendant Oxford Bank. The monies set up in Plaintiff Swenson's IRA constituted substantially all of his assets.

6. In establishing the IRA with Defendant Oxford Bank, the parties executed an "IRA Simplifier" document, which identified the IRA as a "managed trust" and named Defendant Oxford Bank as the Trustee of the IRA.

7. At all times relevant hereto, Defendant Oxford Bank, as Trustee of the IRA, had the fiduciary duties and obligations a) to exercise due and appropriate care as a prudent investor would do in consideration of the purposes, terms, distribution requirements and other circumstances of the trust; b) to diversify the investments of the trust unless the trustee reasonably believes it is in the interest of the beneficiaries and furthers the purpose of the trust not to diversify, and c) to pursue an investment strategy that considers both the reasonable production of income and safety of capital, consistent with the purposes of the trust.

8. Defendant Oxford Bank's investment and management of the IRA breached its fiduciary duty to Plaintiff Swenson in at least the following manners:

a) Failing to act as a prudent investor would do in consideration of the purposes, terms and other circumstances of the trust;

b) Failing to diversify the assets of the IRA, thus unnecessarily exposing the overall assets of the trust to volatility and imprudent risks;

c)  Failing to take steps to preserve the assets in the IRA by reallocating assets; and

d)  Failing to pursue an investment strategy that considered the reasonable production of income and the safety of the capital for the beneficiary.

9.  As a result of Defendant Oxford Bank's actions and omissions, the value of the IRA assets dramatically declined, causing injury and damage to the beneficiary and Plaintiff Swenson in the amount of $309,000.

WHEREFORE, Plaintiff, Gene Swenson, demands judgment against Defendant, Oxford Bank & Trust, in the amount of $309,000, reasonable attorney's fees, interest, costs, and punitive damages, and further relief the Court deems just.

Plaintiff,
GENE H. SWENSON

By: _____
    One of His Attorneys

Henry N. Novoselsky
Jack L. Haan
Shaheen, Novoselsky, Staat & Filipowski, P.C.
20 North Wacker Drive, Suite 2900
Chicago, IL 60606
(312) 621-4400
(312) 621-0268 (facsimile)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet



This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** GENE H. SWENSON  
County of Residence:  
Plaintiff's Atty: Henry N. Novoselsky and Jack L. Haan  
Shaheen, Novoselsky, Staat & Filipowski, P.C.  
20 N. Wacker Drive, Suite 2900  
Chicago, IL 60606  
(312) 621-4400

**Defendant(s):** OXFORD BANK & TRUST  
County of Residence: DuPage County, IL  
Defendant's Atty:

JAN 1 6 2003  JUDGE ZAGEL
**03 C 00336**

II. Basis of Jurisdiction: **4. Diversity (complete item III)**   MAGISTRATE JUDGE MASON

III. Citizenship of Principal Parties
(Diversity Cases Only)
   Plaintiff: **-2 Citizen of Another State**
   Defendant: **-1 Citizen of This State**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **380 Other Pers Property Damage**

VI. Cause of Action: **Breach of Fiduciary Duty by Defendant Trustee**

VII. Requested in Complaint
   Class Action:
   Dollar Demand:
   Jury Demand: **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Jack L. Haan*
Date: 1/16/03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

Gene H. Swenson,
    Plaintiff,
v.

Oxford Bank & Trust,
    Defendant

Case Number: **03 C 00336**

JUDGE ZAGEL

MAGISTRATE JUDGE MASON

DOCKETED JAN 1 6 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff, Gene H. Swenson

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] Jack L. Haan |
| NAME: Henry N. Novoselsky | NAME: Jack L. Haan |
| FIRM: Shaheen, Novoselsky, Staat & Filipowski, P.C. | FIRM: Shaheen, Novoselsky, Staat & Filipowski, P.C. |
| STREET ADDRESS: 20 N. Wacker Drive, #2900 | STREET ADDRESS: 20 N. Wacker Drive, #2900 |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: Chicago, IL 60606 |
| TELEPHONE NUMBER: (312) 621-4400 | TELEPHONE NUMBER: (312) 621-4400 |
| IDENTIFICATION NUMBER: 2070006 | IDENTIFICATION NUMBER: 06210936 |
| MEMBER OF TRIAL BAR? YES ✓ NO | MEMBER OF TRIAL BAR? YES ✓ NO |
| TRIAL ATTORNEY? YES ✓ NO | TRIAL ATTORNEY? YES ✓ NO |
|  | DESIGNATED AS LOCAL COUNSEL? YES NO ✓ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |